# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ky Tan Le,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                 3:09-cv-137

Michael J. Asture,
Social Security Administration

    Defendant(s).


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 18, 2011 Order.

                                                         Signed: March 18, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court