UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-137

| | |
|---|---|
| KY TAN LE,<br>　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　Defendant. | )<br>)<br>)　　**ORDER**<br>)<br>)<br>)<br>)<br>) |

This matter is before the court upon Plaintiff Ky Tan Le's Request for Court Order. The Clerk has been directed to docket this request as a Motion.

**IT IS ORDERED** that the motion is **denied as moot**, because the court has previously granted the Commissioner's Motion for Summary Judgment and the matter has been dismissed.

Signed: April 5, 2011

Graham C. Mullen
United States District Judge